# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOSHUA WHITELY**
**Reg. #47465-177**                                                                    **PLAINTIFF**

**v.**                          **No. 2:24-cv-179-DPM**

**C. GARRETT, Warden**                                                         **DEFENDANT**

## ORDER

Motion, *Doc. 13*, granted for good cause. Objections to Magistrate Judge Kearney's recommendation, *Doc. 12*, due by 9 July 2025.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

10 June 2025