IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSHUA WHITELEY**  PETITIONER
Reg #47465-177

v.  No. 2:24-cv-179-DPM

**C. GARRETT, Warden**  RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation, Doc. 12, as modified and overrules Whiteley's objections, Doc. 15. Fed. R. Civ. P. 72(b)(3). The cases Whitely relies on, Doc. 15 at 3–4, don't control. Whitley isn't challenging his conviction, and he isn't seeking a remedy that would result in an earlier release from prison. This Court therefore doesn't have jurisdiction to consider his §2241 petition. *Spencer v. Haynes*, 774 F.3d 467, 469–71 (8th Cir. 2014); *see also Osorio-Calderon v. Sandstone*, 2025 WL 2688917, at *2 (D. Minn. 19 September 2025) (listing cases).

Whiteley's petition will be dismissed for lack of subject matter jurisdiction. Dismissal will be without prejudice. *Sorenson v. Sorenson*, 64 F.4th 969, 973–74 (8th Cir. 2023). That's the modification. His motion, Doc. 16, is denied.

-2-

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2025