IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSHUA WHITELEY                                                    PETITIONER
Reg #47465-177

v.                         No. 2:24-cv-179-DPM

C. GARRETT, Warden                                                 RESPONDENT

## JUDGMENT

Whiteley's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2025